[No. 2793-1.   Division One.   August 4, 1975.]

SPARKMAN AND McLEAN COMPANY, Appellant, v. THE BARTELL DRUG COMPANY, Respondent.

Appeal from a judgment of the Superior Court for King County, No. 746550, Cornelius C. Chavelle, J., entered Jan-

uary 11, 1974. *Affirmed* by unpublished opinion per Williams, C.J., concurred in by Farris and Swanson, JJ.